# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AMBER HOTEL CORP. <br> JAMES J. LITTLE, <br>     Appellant, <br>   v. <br> AMBER HOTEL CORP., <br>     Appellee. | Case No. CV 14-0951 FMO <br><br> **ORDER TO SHOW CAUSE** |

  Pursuant to the court's Case Management Order, filed on February 24, 2014 ("Court's Order of February 24, 2014"), the parties' Joint Brief was due on March 25, 2014. It appears from the record that the Joint Brief has not been filed as required by the Court's Order of February 24, 2014.

  Accordingly, IT IS HEREBY ORDERED THAT, on or before **May 1, 2014**, each party, either jointly or individually, shall show cause, if any there be, why this action should not be dismissed for appellant's failure to prosecute this action and/or why sanctions should not be imposed onto each party for failing to comply with the Court's Order of February 24, 2014. **The parties shall attempt to show such cause in writing by filing a declaration signed under penalty of**

**perjury.[1] In particular, appellant's declaration must address why the Joint Brief has not been filed, even though it was due nearly one month ago. If appellant contends that appellee is somehow responsible for the failure to file the Joint Brief, appellant shall explain why he has not filed a motion for sanctions or otherwise brought appellee's failure to comply with the Court's Order of February 24, 2014, to the attention of the court. Failure timely to file such a declaration or to show cause as ordered will result in dismissal of this action for failure to prosecute.**

      **Filing of the Joint Brief shall be a satisfactory response to the Order to Show Cause. However, absent exceptional circumstances, no extensions will be granted for the filing of the Joint Brief.**

      **IT IS SO ORDERED.**

Dated this 21st day of April, 2014.

                                                    /s/
                                        Fernando M. Olguin
                                    United States District Judge

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the court. Upon the filing of a Response, the Order to Show Cause will stand submitted.

2