JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES J. LITTLE, | ) | Case No. CV 14-0951 FMO |
| Appellant, | ) | |
| v. | ) | **JUDGMENT** |
| AMBER HOTEL CORPORATION, | ) | |
| Appellee. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed as moot.

Dated this 31st day of July, 2014.

/s/
Fernando M. Olguin
United States District Judge